# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

March 22, 2019

**Via ECF and EMAIL**
Hon. Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *U.S. v. Alban Veilu et al*
      17 Cr. 404 (KAM)

Dear Judge Matsumoto:

Counsel represents Alban Veliu, having been appointed pursuant to the Criminal Justice Act.

I write in response to your Honor's Order of March 21, 2019, regarding the status of the remaining defendants in the above-referenced matter. I have consulted with counsel for each of the remaining defendants and can report your Honor all parties are involved in ongoing plea negotiations – and remain cautiously optimistic that our clients' case will be resolved without the need for a trial.

My efforts to reach AUSA Michael Keilty were unsuccessful in that he is currently actually engaged on trial in another matter.

I hope this responds appropriately to the Court's inquiry. Please let me know if your Honor requires anything more.

Respectfully submitted,

/s/

Susan G. Kellman

cc: All counsel